UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HOWARD J. BARNET, PETER L. BARNET, :
JANE L. BARNET, AS TRUSTEES OF THE :
2012 SARETTA BARNET REVOCABLE :
TRUST, and SOTHEBY'S, INC., :
                                                                       :
                    Plaintiffs,      :   Case No.: 1:18-cv-4963
                                                 :
                -against-      :
                                                 :
MINISTRY OF CULTURE AND SPORTS :
OF THE HELLENIC REPUBLIC, :
                                                 :
                    Defendant.     :
                                                 :
-------------------------------------------------------------x

## PLAINTIFF SOTHEBY, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Sotheby's Inc. (a private non-government party) certifies that its parent corporation is Sotheby's, a Delaware corporation. No other public company owns 10% or more of Sotheby's, Inc.

Dated: New York, New York
       June 5, 2018

SCHULTE ROTH & ZABEL LLP

By:   /s/ Gary Stein
        Gary Stein
        Seetha Ramachandran
        Sarah Schuster

        919 Third Avenue
        New York, NY 10022
        Telephone: 212.756.2000

        Gary.Stein@srz.com
        Seetha.Ramachandran@srz.com
        Sarah.Schuster@srz.com

*Attorneys for Plaintiff Sotheby's Inc.*