```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                  :
HOWARD J. BARNET, PETER L. BARNET,                :
JANE L. BARNET, AS TRUSTEES OF THE                :
2012 SARETTA BARNET REVOCABLE                     :    Case No. 18-cv-4963
TRUST, and SOTHEBY'S, INC.,                       :
                                                  :
                  Plaintiffs,                     :
                                                  :
   - against -                                    :
                                                  :
MINISTRY OF CULTURE AND SPORTS                    :
OF THE HELLENIC REPUBLIC,                         :
                                                  :
                  Defendant.                      :
                                                  :
------------------------------------------------------------------x
```

## DECLARATION

I, LEILA A. AMINEDDOLEH, ESQ., hereby declare as follows:

1. I am member of bar of this Court, and I am of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am the founding and managing partner of Amineddoleh & Associates LLC, counsel for Defendant Ministry of Culture and Sports of The Hellenic Republic ("Defendant") in the above-captioned matter. I respectfully submit this Declaration in support of the Defendant's Memorandum of Law in Support of Its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss filed by Plaintiffs Howard J. Barnet, Peter L. Barnet, and Jane L. Barnet as Trustees of the 2012 Saretta Barnet Revocable Trust and Sotheby's, Inc. (collectively, "Plaintiffs").

3. Attached hereto as Exhibit A is a true and correct copy of the Affidavit of the Ministry of Culture and Sports of The Hellenic Republic setting forth that there has never been granted a permit for the export of the bronze figurine of a horse featured in Sotheby's catalog for the May 14, 2018 *Shape of Beauty*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 20, 2018.

Dated this 20th of December 2018

Respectfully submitted,

By: ____/s/_____
Leila A. Amineddoleh
Bar Number 1211
Amineddoleh & Associates LLC
43 West 43rd Street
Suite #171
New York, NY 10036
+1(212)709-8149
leila@artandiplawfirm.com
Attorneys for Defendant
MINISTRY OF
CULTURE AND
SPORTS OF THE
HELLENIC REPUBLIC