UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD J. BARNET, PETER L. BARNET, JANE L. BARNET, and SOTHEBY'S INC., <br><br> Plaintiffs, <br><br> -v.- <br><br> MINISTRY OF CULTURE AND SPORTS OF THE HELLENIC REPUBLIC, <br><br> Defendant. | 18 Civ. 4963 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

On June 9, 2020, the Second Circuit Court of Appeals issued in an opinion remanding this case with instructions to dismiss this case for lack of subject matter jurisdiction. (Dkt. #35). The Second Circuit's mandate issued on July 16, 2020. (Dkt. #36). Accordingly, this case is hereby DISMISSED for lack of subject matter jurisdiction.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  July 17, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge